UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

Plaintiff,

v.

U.S. DEPARTMENT OF THE INTERIOR,

Defendant.

Civil Action No. 23-1857 (BAH)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated:  August 23, 2023
        Washington, DC

Respectfully submitted,

*/s/ Paul J. Orfanedes*

Paul J. Orfanedes
DC Bar No. 429716
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC  20024
Tel:    (202) 646-5172
Email: porfanedes@judicialwatch.org

*Counsel for Plaintiff*

Matthew M. Graves, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____ /s/ *Sian Jones* _____
      SIAN JONES
      D.C. Bar # 1024062
      Assistant United States Attorney
      601 D Street, NW
      Washington, D.C., 20530
      Phone: (202) 252-2578
      Fax: (202) 252-2599
      Email: Sian.Jones@usdoj.gov

      *Attorneys for the United States of America*